United States District Court
Southern District of Texas
**ENTERED**
November 25, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHRISTOPHER MONTALBO, § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:20-CV-00038 |
| § | |
| ANDREW SAUL, COMMISSIONER § | |
| OF SOCIAL SECURITY § | |
| ADMINISTRATION. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 1, 2020, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. 8. On November 10, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 14) recommending that Plaintiff's Motion for Summary Judgment with Supporting Memorandum of Law (Dkt. 10) be granted. Judge Edison also recommended that Defendant's Motion for Summary Judgment (Dkt. 12) be denied and the decision of the ALJ reversed and remanded.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 14) is approved and adopted in its entirety as the holding of the court;

(2)   Plaintiff's motion for summary judgment (Dkt. 10) is granted;

(3)   Defendant's motion for summary judgment (Dkt. 12) is denied; and

(4)   the decision of the ALJ is reversed and remanded for reconsideration.

Signed on Galveston Island this 25th day of Nov. 2020.

                                                       JEFFREY VINCENT BROWN
                                             UNITED STATES DISTRICT JUDGE